IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02532-WYD-BNB

UNITED STATES OF AMERICA FOR THE USE AND BENEFIT OF
LVI ENVIRONMENTAL SERVICES, INC.,

    Plaintiff,

v.

HUNT BUILDING COMPANY, LTD., a Texas Limited Partnership;
HBC CONSTRUCTION MANAGERS, LLC, a Nevada Limited Liability Company;
ZURICH AMERICAN INSURANCE COMPANY, a New York Corporation;
FIDELITY AND DEPOSIT COMPANY OF MARYLAND, a Maryland Corporation; and
FEDERAL INSURANCE COMPANY, an Indiana Corporation,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    Plaintiff's Motion to Reopen Case to Allow for Filing of a Notice of Dismissal (with Prejudice) filed August 11, 2010 (ECF No. 12) is **GRANTED**. This case shall be reopened in order for Plaintiff to file a Notice of Dismissal.

    Dated: August 12, 2010