IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 09-cv-02532-WYD-BNB

UNITED STATES OF AMERICA FOR THE USE AND BENEFIT OF
LVI ENVIRONMENTAL SERVICES, INC.,

    Plaintiff,

v.

HUNT BUILDING COMPANY, LTD., a Texas Limited Partnership;
HBC CONSTRUCTION MANAGERS, LLC, a Nevada Limited Liability Company;
ZURICH AMERICAN INSURANCE COMPANY, a New York Corporation;
FIDELITY AND DEPOSIT COMPANY OF MARYLAND, a Maryland Corporation; and
FEDERAL INSURANCE COMPANY, an Indiana Corporation,

    Defendants.

## ORDER OF DISMISSAL

    In accordance with the Notice of Dismissal (with Prejudice) filed pursuant to Fed. R. Civ. P. 41(1)(a)(i) (ECF No. 14), this case is **DISMISSED WITH PREJUDICE**.

    Dated: August 17, 2010

                                          BY THE COURT:

                                          s/ Wiley Y. Daniel
                                          Wiley Y. Daniel
                                          Chief United States District Judge